IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL KELIIAA,

    Plaintiff,

vs.                                       Civ. No. 02-47 JP/WWD

VAN RU CREDIT CORPORATION,

    Defendant.

MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Motion to Compel [docket no. 35] which has been limited by Plaintiff's letter of December 31, 2002, to interrogatory no. 7 which reads as follows:

> Identify all other lawsuits, claims to government agencies, claims to the Better Business Bureau or similar entity, or complaints to law enforcement in the last five years, regarding Defendant's debt collection practices. Please state the name, address and telephone number of all persons who brought such claims or made such complaints. For each civil action or criminal proceeding against Defendant, please state the docket number and court as well as the names and addresses of opposing attorneys.

I find that the objection to this interrogatory as being "over broad" is well taken, and I will not require any further response to this interrogatory.

    **IT IS SO ORDERED**.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE